THOMAS P. BUCKLEY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Upon stipulation the appeal is discontinued, without costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

ESTHER COOPER, Respondent, v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

GEORGE E. DAVIS, Respondent, v. BUTLER LABORATORIES, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

JOHN H. DEVEREUX, Respondent, v. VERA COX, Appellant.— Judgment unanimously affirmed, with costs. There is a variance between what the title company was willing to insure and what the contract required. The survey did not ind cate a possibility of boundary dispute between the owner of the premises and the owner of premises adjoining to the north. This possibility was indicated by the title company as an exception. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

DUTCHESS BLEACHERY, INC., Respondent, v. VILLAGE OF WAPPINGERS FALLS and Others, Appellants.— Order denying defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. We think that the pleadings present triable issues of fact. We do not at this time pass upon the validity of the contract or of the merit of the defenses interposed. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

STANLEY S. GROGGINS and Another, Respondents, v. DAILY MIRROR, INC., Appellant.— Order denying defendant's motion to dismiss the second cause of action reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, with leave to defendant to answer within ten days from the entry of the order herein. The second cause of action is insufficient in law. (*Kimmerle* v. *New York Evening Journal*, 262 N. Y. 99, 102; *Sydney* v. *MacFadden Newspaper Pub. Corp.*, 242 id. 208, 214; *Wellman* v. *Sun Printing & Pub. Assn.*, 66 Hun, 331, 344.) According to · the allegations of the complaint, the article does not touch the reputation of the lawyer in his profession, and is not otherwise libelous *per se* as to him. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

HARMON B. W. HAFF, as Sole Surviving Partner of the Firm of W. P. W. HAFF, Appellant, v. WILLIAM H. KNIFFIN, Trustee, etc., of LONG ISLAND FUEL CORPORATION, a Bankrupt, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty and Carswell, JJ.; Scudder, J., taking no part.

ROSE HAGEN, Respondent, v. THE VILLAGE OF MONTGOMERY, Appellant.— Judgment reversed on the law, with costs, and the complaint dismissed, with costs. Appeal from order dismissed. We are of the opinion that the plaintiff proved no negligence on the part of the defendant. Young, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote to affirm.